IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF | : | CIVIL ACTION |
| OPERATING ENGINEERS OF EASTERN | : | |
| PENNSYLVANIA AND DELAWARE | : | |
| BENEFIT PENSION FUND, et al., | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | |
| GEO MANAGEMENT CONSTRUCTION | : | No. 25-CV-5465 |
| PARTNERS, LLC, | : | |
| *Defendants.* | : | |

## FINAL ORDER

**AND NOW**, this **10th** day of **June 2026**, upon consideration of Plaintiffs International Union of Operating Engineers of Eastern Pennsylvania and Delaware Benefit Pension Fund, International Union of Operating Engineers of Eastern Pennsylvania and Delaware Health and Welfare Fund, International Union of Operating Engineers of Eastern Pennsylvania and Delaware Apprenticeship & Training Fund, International Union of Operating Engineers of Eastern Pennsylvania and Delaware Supplemental Unemployment Benefit Fund, International Union of Operating Engineers of Eastern Pennsylvania and Delaware Annuity Fund (collectively, the "Funds"), and International Union of Operating Engineers Local 542, AFL-CIO's (the "Union") Motion for Default Judgment Against Defendant Geo Management Construction Partners, LLC ("Geo Construction") (ECF No. 13), and having received no response from Geo Construction, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 13) is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion.

2. Default Judgment is **ENTERED** in favor of the Funds against Geo Construction as follows:

   a.  The Funds are awarded:

      i.  $34,231.35 in unpaid contributions for the months of April 2025 through August 2025;

     ii.  $2,260.16 in prejudgment interest on the principal delinquent contributions;

   iii.  Such additional prejudgment interest that has accrued between April 1, 2026 and the date of this Order calculated at a rate of 10% per annum;

    iv.  $3,423.14 in liquidated damages; and

     v.  $4,177.00 in attorney's fees and costs.

3. Default Judgment is **ENTERED** in favor of the Union against Defendant Geo Construction as follows:

   a.  The Union is awarded:

      i.  $1,858.11 in unpaid union dues for the Months of May 2025 through August 2025.

4. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**